CHRISTINE SAWICKY
4835 Avoca Street
Los Angeles, California 90041
Telephone: (818) 288-3693

Plaintiff (appearing *pro se*)

FILED
2018 JAN -5 AM 10: 57
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CV18-114-R (MRWx)

| | |
|---|---|
| CHRISTINE SAWICKY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMC NETWORKS INC. and WETV, SHANE SPARKS, DREW BROWN, EDWARD PATINO, CURTIS YOUNG and TIFFANY GAINES,<br><br>　　　　Defendants. | Civil Action No.<br><br>**COMPLAINT FOR:**<br><br>**(1) COPYRIGHT INFRINGEMENT;**<br><br>**(2) BREACH OF IMPLIED CONTRACT;**<br><br>**(3) BREACH OF CONFIDENCE**<br><br>**DEMAND FOR JURY TRIAL** |

COMPLAINT

## COMPLAINT

Plaintiff Christine Sawicky ("Sawicky"), appearing *pro se*, upon her own personal knowledge and upon her information and belief, alleges as follows:

### NATURE OF THE ACTION

1. This is an action for copyright infringement arising under 17 U.S.C. § 501, breach of implied contract and breach of confidence arising from defendants' misappropriation, unauthorized use and exploitation of Sawicky's copyrighted and protected work, ideas and concepts for a television series entitled "Sons of the Legends" (the "Concept") resulting from defendants' unexcused infringement and breach of an implied contract and breach of confidence that existed between Sawicky and defendants.

### JURISDICTION AND VENUE

2. This Court has jurisdiction over defendants because defendants reside in or otherwise have sufficient minimum contacts with the State of California, in that they transact business in the State of California out of which the causes of action alleged herein arose.

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338(a) and (b), & 1367(a).

4. This Court has personal jurisdiction over defendants by virtue of each defendant's systematic and continuous contacts with California and by the actions in California giving rise to this Complaint, including in this Judicial District.

5. Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1391(b) and (c).

### THE PARTIES

6. Sawicky is an artist, writer, producer and creator of film and television concepts. She is a citizen of the United States and resides and conducts business in Los Angeles, California.

7.     AMC Networks, Inc, WETV, Shane Sparks, Drew Brown, Tiffany Gaines, Edward Patino, Curtis Young

**FACTS COMMON TO EACH CAUSE OF ACTION**

10/25/2012 -1st email was sent to Edward Patino 11/11/2012 – I sent another email to Edward patino, after meeting him at D'London's album release party, introducing Justin Foutz…whom I was managed at the time and was LA's Country artist of the year, Edward said that his friend worked with Akon and that I should meet him. He also said that Bob wanted to make a show and Edward thought we needed to meet because I just dropped my broadcast teaser 11/17/2012 – A non-disclosure was sent to Derek Frazier for Sons of the Legends 12/13/2012 – A Seeds of Hip Hop promo was put up on youtube that is exactly our show concept 03/01/2013- A general synopsis was sent to TK who was Shane Mosley's publicist at the time for our meeting with me, him, and bob. 03/02/2013 – non-disclosure was sent to Sugar Shane Mosley, Jr. and his publicist 03/04/2013 – I filed Sons of the Legends with the copyright office 03/12/2013 - Tiffany Gaines signs the non-disclosure for Sons of the Legends…she is Curtis Young's manager…all the info was sent to Edward Patino, Curtis Young, and Tiffany Gaines 03/15/2013 – a call for the show with Tiffany, Curtis Young, Bob Hernandez for Sons of the Legends 03/18/2013 – a meeting was locked for TK and the Mosley family 08/01/2013 – fixed up pitch materials for Michael Golland 09/30/2013 – call set up with Jamie Caniffe who was the vp of sony at the time for Sons of the Legends. Was referred to Jamie by will Dearborn 09/17/2013 – non-disclosure signed by adam Drexler….he was Taro Hart's manager and great friends with Sean Stewart 10/01/2013 - call happened with Jamie Caniffe-vp of sony for Sons of the Legends 03/4/2014 – formal letter sent to derek frazier and his attorney for breaking the non-disclosure and posting the entire show concept to his facebook page with mohammed ali's son 03/05/2014 - AJ Bright call discussing that he cannot make the show with Derek and Mohammed ali's son. 03/05/2014 – AJ Bright sends me a one page email of advising me how to do business because he wasn't able to intimidate or steal from me 03/05/2014 - Derek takes down post from facebook 04/29/2014 - I send out an email to the team informing them that Bob Hernandez passed away. Around 05/28/2014 – I place a call to Gloria Paxton…Bob Hernandez's mom stating that her son will still get 50% credit for the show and will be listed as a co-creator 05/30/2014 – Lynda Lane emails me to inform me that she is bob's mother's consultant and that all of bob's business stuff should go through her. 05/30/2014 – I send an email to the team reminding them that the Sons of the Legends show is highly sensitive material and they are all under a non-disclosure and the only person that owns the show and the only person they can communicate with is me. 06/04/2014 - meeting with Joe at A. Smith happened because Cory from Fox referred us. 06/07/2014- Gloria Paxon makes a post to facebook implying her son soley created Sons of the Legends and all of the mutual friends of his started commenting on it. 06/13/2014 – Edward Patino emailed me claiming that he holds interest in the project 06/16/2014 – I email Lynda Lane requesting that a legal estate be set up for Gloria if the show gets picked up 06/17/2014 - Edward writes in an email that the show started as Hip Hop Legends and moved to Sons of the Legends in Oct 2012. This is before the Seeds of Hip Hop youtube video went up. 06/18/2014 – Gloria sends an email to Cory at FOX saying that I am trying to take credit for the work her son has done and asked him if he has seen the contract between bob and I. 06/18/2014 - Cory informs Gloria that I am the only one that told the truth and said he met with bob a week before he passed away and that I am the only Co-Creator on the project with bob. Cory also informs Gloria that he has seen the contract. 06/18/2014 – letter sent to Lynda Lane from Michael Golland informing her that Bob and I have a contract and that all

-2-

COMPLAINT

decision making rights for the show creatively and business wise belong to Christine 09/01/2014 – taro hart resends another letter of intent 09/2014 pilot shot for seeds of hip hop produced by bunim murray 09/30/2014 Curtis Young tweets out about an epic meeting with osygen 09/30/2014 Curtis Young tweets out about the cast of Seeds of Hip Hop at MTV 10/02/2014 curtis young posts on facebook a video of Sirius XM radio with crew of Seeds of Hip Hop 01/22/2015 Curtis young tweets out about a meeting at POP with the cast of seeds of hip hop and posts photos to his facebook 03/11/2015 Curtis young tweets out about round #2 pitch meeting  for seeds of hip hop at mtv networks and also posts photos to his page  for the 2nd roung pitch meeting with E! 08/10/2015 curtis young tweets out are you ready for seeds of hip hop? #VH1 08/23/2015 tiffany gaines announces on her facebook that seeds of hip hop is coming soon with a picture of Curtis young outside of bunim murray with VH1 08/28/2015 Curtis young tweets out asking on his twitter who is ready for seeds of hip hop? #VH1 Early August 2013- Growing up hip hop was supposedly fully formed (a title does not only get picked after a show has been fully formed)

July 24th 2014 I was referred to Courtland Cox by email from Angela shelly who is a producer in hip hop reality shows (I think the game reality show)

January 29th 2014- Curtis Young  announced on his twitter that they had another great meeting  for seeds of hip hop with bunim murray

July 30th 2014-nda signed by drew brown and he was sent the powerpoint for sons of the legends

Septemeber 3rd 2014- sizzle reel was submitted to We Tv (a sizzle reel could be done in 3 days)

September 8th 2014-datari turner posted on twitter that he had a producing partner with angela simmons and she is the leadying lady

September 30th 2014- curtis young posted that  Seeds of Hip Hop had a meeting with Oxygen

Setember 30th 2014- Curtis young posted that they had a business meeting with MTV for Seeds of Hip Hop

October 10th 2014- Seeds of hip hop had a skype call with WeTv and their producers Bunim Murray

November 4th 2014-Hsk Exclusive announced that bunim murray is producing a reality show called seeds of hip hop. They just shot a pilot back in "septemeber and that shit was dope"

December 10 2014 "love thy sister" primiere announced for January 7th

January 8th 2015- datary turner announced on twitter that he had a the wetv network primiere the night before for love thy sister

January 22, 2015 –Curtis young posted to his page that they had a meeting with Pop Tv for seeds of hip hop

January 29$^{th}$2015- I believe this is when Seeds of hip hop announced their show would be coming soon on VH1

Feb 32rd 2015- datari turner announced pre production on the new tv show angela simmons and romeo

March 25th 2015- datary turner puts squad on facebook with the cast for growing up hip hop

August 14th 2015- Growing up hip hop was registered for copyright

August 29th 2015- I texted jules because I was told about promos running for Seeds of hip hop on VH1

November 22nd 2015 sent a cease and desist to Tiffany Gaines

Bunim Murray as the production company for seeds of hip hop also hired datari turner as their creator for Growing up Hip Hop…datari was already working with Bunim Murray as the producer  for "Love thy sister" which aired at the exact same time as Growing up hip hop

Why would Growing up hip hop register a copyright after supposedly pitching a show?

-3-

The seeds of hip hop promos on VH1 were running before Growing up hip hop

8.

## FIRST CLAIM FOR RELIEF
### (Copyright Infringement)

9. Sawicky realleges and incorporates by reference the allegations contained above as though fully set forth herein.

10. This is a claim for copyright infringement in violation of 17 U.S.C. § 501.

11. Sawicky is the owner of the copyrights in the Concepts, which contain copyrightable subject matter under 17 U.S.C. §§ 101, et seq.

12. Sawicky has complied in all respects with 17 U.S.C. §§ 102, *et seq.*, the statutory deposit and registration requirements thereof, and all of the laws governing federal copyrights, to secure the exclusive rights and privileges in and to the Concept.

13. Sawicky is informed and believes, and on that basis alleges, that defendants willfully and deliberately infringed Sawicky's copyrights in the Concept by copying and distributing portions of the Concept.

14. Sawicky is informed and believes, and on that basis alleges, that defendants made profits and have been unjustly enriched by reason of their infringement of Sawicky's copyrights in the Concept.

15. As a direct consequence of defendants' aforementioned acts, Sawicky has been damaged in an amount to be determined through discovery.

16. As a direct consequence of defendants' aforementioned acts, Sawicky has suffered, and will continue to suffer, irreparable injury. Such damage and irreparable injury will continue and will increase unless and until defendants are enjoined from their wrongful acts.

## SECOND CLAIM FOR RELIEF

### (Breach of Implied Contract)

17. Sawicky realleges and incorporates by reference the allegations contained above as though fully set forth herein.

18. Sawicky and defendants formed an implied-in-fact contract by their course of conduct described above.

19. Sawicky presented the Concepts to defendants consistent with well-established customs and practices in the entertainment industry and on the mutually understood condition and bilateral expectation that defendants would not disclose, use and/or exploit the Concepts without Sawicky's permission and/or without compensating Sawicky in the form of payment, credit and other consideration to Sawicky.

20. In light of the well-established customs and practices of the entertainment industry and on the mutually understood condition and bilateral expectation that defendants would not disclose, use and/or exploit the Concepts without Sawicky's permission and/or without compensating Sawicky in the form of payment, credit and other consideration to Sawicky, defendants' actions and conduct implied and led Sawicky to reasonably believe that defendants would not disclose, use and/or exploit the Concepts without Sawicky's permission and/or without compensating Sawicky in the form of payment, credit and other consideration to Sawicky.

21. Sawicky performed all conditions, covenants and promises required on her part to be performed in accordance with the terms and conditions of her implied-in-fact contract with defendants.

22. Defendants breached the implied-in-fact contract by undertaking the actions described above, without Sawicky's permission and/or without compensating Sawaicky in the form of payment, credit and other consideration to Sawicky.

23. Defendants' breaches of the implied-in-fact contract are ongoing, and unless defendants are enjoined by this Court, defendants will continue to disclose, use and/or exploit the Concepts without Sawicky's permission and/or without compensating Sawicky.

24. As a direct and proximate result of defendants' breaches described herein, Sawicky has suffered irreparable damages, including lost profits, and Sawicky will continue to suffer irreparable damages in amounts to be proven at trial.

25. Sawicky is entitled to a permanent injunction restraining defendants and their officers, agents and employees and all persons acting in concert with them from engaging in any further actions in violation of Sawicky's rights.

26. Defendants' conduct was malicious, fraudulent, oppressive and intended to injure Sawicky. Consequently, Sawicky is entitled to punitive damages.

### THIRD CLAIM FOR RELIEF
### (Breach of Confidence)

27. Sawicky realleges and incorporates by reference the allegations contained above as though fully set forth herein.

28. Sawicky and defendants formed confidential relationship by their course of conduct described above.

29. Sawicky presented the Concepts to defendants consistent with well-established customs and practices in the entertainment industry and on the mutually understood condition and bilateral expectation that defendants would not disclose, use and/or exploit the Concepts without Sawicky's permission and/or without compensating Sawicky in the form of payment, credit and other consideration to Sawicky.

30. In light of the well-established customs and practices of the entertainment industry and on the mutually understood condition and bilateral expectation that defendants would not disclose, use and/or exploit the Concepts without Sawicky's permission and/or without compensating Sawicky in the form of

payment, credit and other consideration to Sawicky, defendants' actions and conduct implied and led Sawicky to reasonably believe that defendants would not disclose, use and/or exploit the Concepts without Sawicky's permission and/or without compensating Sawicky in the form of payment, credit and other consideration to Sawicky.

31. Sawicky performed all conditions, covenants and promises required on her part to be performed in accordance with the terms and conditions of her confidential relationship with defendants.

32. Defendants breached the confidential relationship with Sawicky by undertaking the actions described above, without Sawicky's permission and/or without compensating Sawicky in the form of payment, credit and other consideration to Sawicky.

33. Defendants' breaches of the confidential relationship with Sawicky are ongoing, and unless defendants are enjoined by this Court, defendants will continue to disclose, use and/or exploit the Concepts without Sawicky's permission and/or without compensating Sawicky.

34. As a direct and proximate result of defendants' breaches of the confidential relationship described herein, Sawicky has suffered irreparable damages, including lost profits, and Sawicky will continue to suffer irreparable damages in amounts to be proven at trial.

35. Sawicky is entitled to a permanent injunction restraining defendants and their officers, agents and employees and all persons acting in concert with them from engaging in any further actions in violation of Sawicky's rights.

36. Defendants' conduct was malicious, fraudulent, oppressive and intended to injure Sawicky. Consequently, Sawicky is entitled to punitive damages.

**PRAYER FOR RELIEF**

WHEREFORE, Sawicky prays for judgment against defendants, and each of them, as follows:

A. For an injunction permanently enjoining defendants, and their officers, agents and employees and all persons acting in concert with them, from their unauthorized disclosure, copying, reproducing, distributing or publicly displaying (1) the Concepts, (2) any and all products and/or series based upon the Concepts (including without limitation "Sons of the Legends") and (3) inducing, causing, materially contributing to and profiting from the foregoing acts committed by others.

B. For an order that defendants destroy all material of every nature and kind, in their possession, custody or control, that are based upon the Concepts.

C. For restitution in the amount of the benefit to defendants from their breaches described herein.

D. For general damages sustained by Sawicky.

E. For special damages sustained by Sawicky.

F. For lost profits sustained by Sawicky.

G. For disgorgement to Sawicky of defendants' profits from their breaches described herein.

H. For an accounting.

I. For punitive damages.

J. For Sawicky's costs.

K. For prejudgment interest.

L. For such other and further relief as the Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Sawicky hereby demands a jury trial for all issues in this lawsuit.

Dated: January 5, 2018

                                            /s/ *Christine Sawicky*
                                            CHRISTINE SAWICKY
                                            Plaintiff (appearing *pro se*)

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself [X] )

CHRISTINE SAWICKY

**DEFENDANTS** ( Check box if you are representing yourself [ ] )

AMC NETWORKS, INC., WETV, SHANE SPARKS, DREW BROWN, TIFFANY GAINES, EDWARD PATINO, CURTIS YOUNG

**(b) County of Residence of First Listed Plaintiff** LOS ANGELES
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**County of Residence of First Listed Defendant** LOS ANGELES
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c) Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

CHRISTINE SAWICKY, PRO SE, 4835 Avoca Street, Los Angeles CA 90041

**Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [X] 3. Federal Question (U.S. Government Not a Party)
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)

- [X] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multidistrict Litigation - Transfer
- [ ] 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [X] No     [X] **MONEY DEMANDED IN COMPLAINT:** $ TBD AT TRIAL

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
COPYRIGHT INFRINGEMENT, 17 U.S.C. section 501; BREACH OF IMPLIED CONTRACT, BREACH OF CONFIDENCE

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| [ ] 375 False Claims Act | [ ] 110 Insurance | [ ] 240 Torts to Land | [ ] 462 Naturalization Application | **Habeas Corpus:** | [X] 820 Copyrights |
| [ ] 376 Qui Tam (31 USC 3729(a)) | [ ] 120 Marine | [ ] 245 Tort Product Liability | [ ] 465 Other Immigration Actions | [ ] 463 Alien Detainee | [ ] 830 Patent |
| [ ] 400 State Reapportionment | [ ] 130 Miller Act | [ ] 290 All Other Real Property | | [ ] 510 Motions to Vacate Sentence | [ ] 835 Patent - Abbreviated New Drug Application |
| [ ] 410 Antitrust | [ ] 140 Negotiable Instrument | **TORTS PERSONAL INJURY** | **TORTS PERSONAL PROPERTY** | [ ] 530 General | [ ] 840 Trademark |
| [ ] 430 Banks and Banking | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 310 Airplane | [ ] 370 Other Fraud | [ ] 535 Death Penalty | **SOCIAL SECURITY** |
| [ ] 450 Commerce/ICC Rates/Etc. | | [ ] 315 Airplane Product Liability | [ ] 371 Truth in Lending | **Other:** | [ ] 861 HIA (1395ff) |
| [ ] 460 Deportation | [ ] 151 Medicare Act | [ ] 320 Assault, Libel & Slander | [ ] 380 Other Personal Property Damage | [ ] 540 Mandamus/Other | [ ] 862 Black Lung (923) |
| [ ] 470 Racketeer Influenced & Corrupt Org. | [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.) | [ ] 330 Fed. Employers' Liability | [ ] 385 Property Damage Product Liability | [ ] 550 Civil Rights | [ ] 863 DIWC/DIWW (405 (g)) |
| [ ] 480 Consumer Credit | | [ ] 340 Marine | **BANKRUPTCY** | [ ] 555 Prison Condition | [ ] 864 SSID Title XVI |
| [ ] 490 Cable/Sat TV | [ ] 153 Recovery of Overpayment of Vet. Benefits | [ ] 345 Marine Product Liability | [ ] 422 Appeal 28 USC 158 | [ ] 560 Civil Detainee Conditions of Confinement | [ ] 865 RSI (405 (g)) |
| [ ] 850 Securities/Commodities/Exchange | [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle | [ ] 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | **FEDERAL TAX SUITS** |
| [ ] 890 Other Statutory Actions | | [ ] 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 891 Agricultural Acts | [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 440 Other Civil Rights | [ ] 690 Other | [ ] 871 IRS-Third Party 26 USC 7609 |
| [ ] 893 Environmental Matters | [ ] 195 Contract Product Liability | [ ] 362 Personal Injury-Med Malpratice | [ ] 441 Voting | **LABOR** | |
| [ ] 895 Freedom of Info. Act | [ ] 196 Franchise | [ ] 365 Personal Injury-Product Liability | [ ] 442 Employment | [ ] 710 Fair Labor Standards Act | |
| [ ] 896 Arbitration | **REAL PROPERTY** | [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability | [ ] 443 Housing/Accommodations | [ ] 720 Labor/Mgmt. Relations | |
| [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision | [ ] 210 Land Condemnation | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 445 American with Disabilities-Employment | [ ] 740 Railway Labor Act | |
| [ ] 950 Constitutionality of State Statutes | [ ] 220 Foreclosure | | [ ] 446 American with Disabilities-Other | [ ] 751 Family and Medical Leave Act | |
| | [ ] 230 Rent Lease & Ejectment | | [ ] 448 Education | [ ] 790 Other Labor Litigation | |
| | | | | [ ] 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number:   **CV18-114**

CV-71 (05/17)   CIVIL COVER SHEET   Page 1 of 3

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division.<br>Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question B.2. |
| | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division.<br>Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division.<br>Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br>☐ Yes  ☒ No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division.<br>Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question C.2. |
| | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division.<br>Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division.<br>Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |

| D.1. Is there at least one answer in Column A?<br>☐ Yes  ☒ No<br><br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | D.2. Is there at least one answer in Column B?<br>☐ Yes  ☒ No<br><br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | WESTERN |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☒ No |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES**: Has this action been previously filed in this court?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES**: Is this case related (as defined below) to any civil or criminal case(s) previously filed in this court?
☒ NO   ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** _[signature]_       DATE: January 5, 2018

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |